# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

LARRY R. HARVEY,
Plaintiff

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:07-cv-37

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is REVERSED and

REMANDED for further evaluation of Plaintiff's claim pursuant to sentence four of 42 United Stated

Code Section 405(g).

September 24, 2007
Date

Patricia L. McNutt, Clerk

By: s/ A. Brush
Deputy Clerk